IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRENDA and JOHN SPURLOCK, | * |
| Plaintiffs, | * |
| v. | * Case Number: 3:06CV1026-MEF |
| GREEN TREE-AL LLC, et al., | * |
| Defendants. | * |

## NOTICE OF REMOVAL

COMES NOW Green Tree-AL LLC ("Green Tree"), and hereby gives notice of removal of the above-styled action from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division. As grounds for its removal, this Defendant avers as follows:

1. On or about October 11, 2006, the above-styled action was commenced against Green Tree and certain fictitious party defendants in the Circuit Court of Russell County, Alabama.

2. The only proceeding that has taken place in state court as to this matter is the filing of the Complaint. Green Tree was served with the Complaint on or about October 17, 2006. A copy of the state court file is attached hereto as **Exhibit A**.

3. This action is subject to removal on the basis of diversity of citizenship in

1

that there is complete diversity between the parties and the amount in controversy is in excess of this Court's jurisdictional minimum. See 28 U.S.C. §§ 1332 & 1441(a).

4. Plaintiffs are resident citizens of the State of Alabama, [see Compl., ¶¶ 1, 2], and Defendant Green Tree is a Delaware entity with its principal place of business in Minnesota, [see Compl., ¶ 3 & **Exhibit B** hereto].

5. The Complaint also names several fictitious parties as defendants; however, their citizenship is to be ignored. See 28 U.S.C. § 1441(a).

6. It is apparent that the Plaintiffs seek recovery of an amount in excess of $75,000, exclusive of costs and interest. Since the Complaint seeks an unspecified amount of damages, Green Tree must only show that "the amount in controversy more likely than not exceeds the jurisdictional requirement." See Owens v. Life Ins. Co. of Georgia, 289 F. Supp. 2d 1319, 1327 (M.D. Ala. 2003) (quoting Tapscott v. MS Dealer Serv. Corp., 77 F.3d 1353, 1357 (11th Cir. 1996)). "When deciding whether the amount in controversy exceeds the jurisdictional minimum, [a] Court may consider a number of matters, including whether it is apparent on the face of the complaint that the amount in controversy exceeds the jurisdictional minimum; whether the plaintiff seeks punitive damages; the type of claims asserted by the plaintiff; other state court cases involving similar claims in which damage awards were over the jurisdictional minimum; and the fact that the plaintiff, while contending that the jurisdictional

2

minimum has not been met, has refused to state that its damages are less than $75,000.00." Choctaw Carriers, Inc. v. AXA Global Risks, 1999 U.S. Dist. LEXIS 5210, at *5 (S.D. Ala. 1999).

7.  In this case, the Plaintiffs bring claims of invasion of privacy concerning attempts by Green Tree to collect on a delinquent debt owed by Plaintiff Brenda Spurlock. Though the Complaint makes no mention of a specific numerical damage figure nor does it cap or limit the amount of damages sought, the Complaint does seek recovery of unspecified compensatory damages, punitive damages, attorneys fees, and costs against the defendants. [Compl., Wherefore para.]. Similar types of claims have resulted in jury verdicts in excess of the jurisdictional threshold on this Court. See, e.g., Black v. Aegis Consumer Funding Group, Inc., 2001 U.S. Dist. LEXIS 2632 (S.D. Ala. 2001)(entering $79,600.00 bench verdict against debt collector for invasion of privacy claim); National Sec. Fire & Casualty Co. v. Bowen, 447 So. 2d 133 (Ala. 1983)($1.5 Million verdict on harassment and malicious prosection claims); Butler v. Town of Argo, 871 So. 2d 1 (Ala. 2003)(verdicts of $375,000 and $125,000 in invasion of privacy claim); Myrick v. Barron, 820 So. 2d 81 (Ala. 2001)($15 Million verdict); I.C.U. Investigations, Inc. v. Jones, 780 So. 2d 685 (Ala. 2000)($100,000); Jacksonville State Bank v. Barnwell, 481 So. 2d 863 (Ala. 1985)($80,000 verdict).

8.  Moreover, on November 5, 2006, counsel for Green Tree faxed Plaintiffs' counsel a letter requesting that he stipulate by November 10, 2006 that the amount in controversy was less than $75,000. [See **Ex. 1** to Huffaker Aff., attached hereto as **Exhibit C**]. This deadline came and passed without any agreement from the Plaintiffs that the amount in controversy was less than $75,000. Further, on November 13, 2006 and again on November 14, 2006, counsel for Green Tree spoke with Plaintiffs' counsel about stipulating to the amount in controversy and was informed that the Plaintiffs would not make any such stipulation. [See **Ex. 1** to Huffaker Aff., attached hereto as **Exhibit C**]. The fact that the Plaintiffs refuse to stipulate that the amount in controversy is less than the jurisdictional minimum constitutes substantial evidence that the amount in controversy is sufficient to invoke the jurisdiction of this Court. See Choctaw Carriers, Inc. v. AXA Global Risks, 1999 U.S. Dist. LEXIS 5210, at *7 (S.D. Ala. 1999)(the plaintiffs refusal to stipulate to the amount in controversy "constitutes evidence" of plaintiff's intent to seek more than the statutory minimum).

9.  Notice of removal of the above-styled action has been given to the Clerk of the Circuit Court of Russell County, Alabama, and to the Plaintiffs, as required by 28 U.S.C. § 1446(d). [See **Exhibit D**, attached hereto].

WHEREFORE, Green Tree-AL LLC prays that this Court will take jurisdiction of this matter.

Respectfully submitted this  15th  day of November, 2006.

_____
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 14th day of November, 2006:

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

_____
OF COUNSEL

5

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>CIRCUIT COURT – CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>[C][V] [2][0][0][6] [3][5][2] [ ][ ]-[ ][ ]<br>Date of Filing:  Judge Code:<br>[1][0] [1][0] [2][0][0][6]<br>Month    Day    Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____RUSSELL COUNTY_____, ALABAMA
*(Name of County)*

___BRENDA AND JOHN SPURLOCK___ v. ___GREEN TREE - AL LLC___
            Plaintiff                                                   Defendant

First Plaintiff: ☐ Business  ☑ Individual  ☐ Government  ☐ Other
First Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER: _____
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED   ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** [N][E][L][0][2][2]   October 10, 2006   _____
                                            Date                 Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

FILED IN OFFICE 2006 OCT 11 PM 2:45 CIRCUIT COURT RUSSELL CO, AL

EXHIBIT A

## IN THE CIRCUIT COURT FOR RUSSELL COUNTY, ALABAMA

BRENDA AND JOHN SPURLOCK, )
)
    Plaintiffs, )
)
                                                     Civil Action No.: CV-06- 352
v. )
)
GREEN TREE - AL LLC, )
Fictitious parties A, B, C, and D, whose )
real and proper identities are unknown ) ***Trial By Struck Jury Demanded***
at present. )
    Defendants. )

### COMPLAINT

Come now Plaintiffs Brenda Spurlock and John Spurlock against the above-captioned defendants, and would show unto the Court as follow:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Brenda Spurlock is over the age of nineteen and at all times relevant a resident citizen of Russell County, Alabama.

2. Plaintiff John Spurlock is over the age of nineteen and at all times relevant a resident citizen of Russell County, Alabama.

3. Defendant Green Tree-AL LLC., is a foreign corporation doing business in Russell County, Alabama, a further and better denomination of which is presently unknown to Plaintiffs. Defendant was previously named Cavalier Acceptance Corporation.

4. Fictitious defendants are individuals, general partnerships, limited partnerships, corporations or other legal entities who:

    a. are third party beneficiaries of the contract made subject of this claim;

    b. and/or, are conspirators, partners or otherwise related through business association with

the named defendant and/or other fictitious defendants.

5. The amount in controversy and the relief requested in this action are within the original jurisdiction of this honorable Court.

6. The events giving rise to this complaint took place in Russell County, Alabama, and venue is proper in this Court.

## FACTS

7. The Plaintiff Brenda Spurlock contracted with the original Greentree Financial for the mortgage of her mobile home. This Plaintiff made payments per the contract related to said mortgage for over ten years. In early 2006, this Plaintiff suffered a financial loss as was unable to make one payment relevant to the mortgage. Within days of her default the Defendant Green Tree AL - LLC or agents thereof began contacting the Plaintiff making threatening statements.

8. On or about March 24, 2006, agents of Green Tree AL - LLC called the Plaintiffs' daughter explaining to the daughter of Plaintiff Brenda Spurlock's default. Thereafter agents of Green Tree AL - LLC contacted the following individuals. These agents of Green Tree AL - LLC relayed personal financial information to these third-parties relevant to Plaintiff Brenda Spurlock's mortgage and default. The following individuals received such information: Charles Eddings, Jennifer Eddings, Donna Redden, Michelle Woodall, Kelly Spurlock, Laura Tillery, Henry Tillery, Jr., Henry Tillery, Sr. and James Powell. Such information was shared with these third-party individuals without cause or need.

9. On or about April 28, 2006, agents of Green Tree AL - LLC contacted Plaintiff John Spurlock. This contact was made by a cellular telephone call initiated by John Chandler, an agent of Green Tree AL - LLC. Mr. Chandler shared information relevant to the mortgage

with Mr. Spurlock. Further, Mr. Chandler explained to Mr. Spurlock that the Russell County Sheriff's Office was *en route* to evict any occupants of the home.

10. On previous occasions, Brenda Spurlock spoke with agents of Green Tree AL - LLC. These agents included Rick Daugherty, Ms. Donna Singleton, Anthony Becker, Mr. Conrad and John Chandler.

11. These agents of Green Tree AL - LLC threatened Mrs. Spurlock. These threats were made of the sole purpose of harassment and intimidation.

12. On or about April 20, 2006, Mr. Rick Daugherty threatened to have the sheriff put Mrs. Spurlock in jail.

13. On or about May 5, 2006, Mr. Roy Moyer visited the Spurlock home. Mr. Moyer explained to third-parties that he was there evict all occupants. He explained that the mortgage was in default. Mr. Moyer further explained that he intended to have the trailer home moved to another location.

## CAUSES OF ACTION

14. Plaintiffs expressly adopt as if fully set forth herein each and every allegation of each foregoing paragraph.

## COUNT I – INVASION OF PRIVACY

15. Green Tree AL - LLC invaded the Plaintiffs' right to privacy in violation of the common law of the State of Alabama by sharing personal financial information with third-parties.

16. Green Tree AL - LLC intentionally interfered with Plaintiffs' interest in solitude and seclusion by intruding into their private affairs and concerns.

17. As a proximate consequence of Green Tree AL - LLC's invasion of privacy, Plaintiffs have been embarrassed and humiliated and emotionally distressed.

WHEREFORE, the premises considered, Plaintiffs demands judgment against the defendants, and each and all of them for compensatory damages and punitive damages in an amount to be determined by the trier of fact, plus costs, attorney's fees, and such other relief as may be just and proper.

Dated this the __10th__ day of October, 2006.

*[signature]*

ANDY NELMS (NEL022)
Attorney for Plaintiff

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733
andynelms@jaylewislaw.com

## PLAINTIFF DEMANDS TRIAL BY JURY

Defendant may be served by Certified Mail as follows:

CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

```
AVSO300                    ALABAMA JUDICIAL DATA CENTER
                              RUSSELL       COUNTY
                                    SUMMONS
                                                            CV 2006 000352.00
                                                            ALBERT L. JOHNSON
```

IN THE CIRCUIT COURT OF RUSSELL COUNTY

BRENDA SPURLOCK  ET AL   VS   GREEN TREE-AL LLC

SERVE ON: (D001)

PLAINTIFF'S ATTORNEY

GREEN TREE-AL LLC                      NELMS KEITH ANDERSON
% CT CORPORATION SYSTEM                847 SO. MCDONOUGH ST.
1201 PEACHTREE ST., NE
ATLANTA        ,GA  30361-0000         MONTGOMERY   ,AL  36104-0000

TO THE ABOVE N...
THE COMPLAINT...
TAKE IMMEDIATE...                                                       MUST
REQUIRED TO MA...
ADMITTING OR D...                                                         S
ATTORNEY(S) SH...

THIS ANSWER M...                                                        MONS
AND COMPLAINT
ENTERED AGAINS...                                                       LAINT.
YOU MUST ALSO

( ) TO ANY S...                                                          ) OR
    4.2(B)(2...
    YOU ARE...
    COMPLAIN...
                                                                         THE
(X) THIS SER...                                                          (C)
    WRITTEN...
    OF THE A...

DATE: 10/12/2...

**SENDER:** COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)   B. Date of Delivery 10/17
C. Signature X  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:  CV-06-352  D-1
   GREEN TREE-AL

   CT Corporation System
   1201 Peachtree Street, NE
   Atlanta, GA 30361

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number  7005 0390 0000 5271 0418

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

(Stamp: RESTRICTED DELIVERY)

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____          SERVER SIGNATURE _____

SERVER ADDRESS _____          TYPE OF PROCESS SERVER _____

OPERATOR: ANL
PREPARED: 10/12/2006

**STATE OF ALABAMA**            )

**RUSSELL COUNTY**              )

I, Kathy Coulter, Clerk of the Circuit Court, do hereby certify that the foregoing instruments are true and correct copies of the original documents as they appear of record and on file in my office in Phenix City, Alabama.

Witness my hand and the seal of the Circuit Court of Russell County, Alabama, this the 13th day of November, 2006.



_____
Kathy Coulter
Clerk of Circuit Court
Russell County, Alabama



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

| | | |
|---|---|---|
| Company Legal Name: | Green Tree - AL LLC | FLL 605-400 |
| State Of Reg: | Delaware | |
| Reg Date....: | 06-12-2003 | |
| Formed Date.: | 05-04-1995 | |
| Reg Agent...: | THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR  STE 204<br>MONTGOMERY, AL  36109 | |
| Prin Address: | 300 LANDMARK TOWERS<br>345 ST PETER ST<br>ST PAUL, MN  55102 | |
| Nat Of Bus..: | DIVERSIFIED FINANCIAL SERVICES COMPANY | |



PREVIOUS PAGE

© 2006, Office of the Secretary of State, State of Alabama

EXHIBIT
B
Blumberg No. 5118

### AFFIDAVIT OF R. AUSTIN HUFFAKER, JR.

STATE OF ALABAMA      )
                      )
MONTGOMERY COUNTY     )

Before me, the undersigned Notary Public, personally appeared R. Austin Huffaker, Jr., who after first being duly sworn, deposes and says as follows:

"I am R. Austin Huffaker, Jr., and I am an attorney licensed to practice law in the State of Alabama. I have been retained to represent Green Tree-AL LLC in the action styled Brenda Spurlock et al. v. Green Tree-AL LLC, et al., pending in the Circuit Court of Russell County, Alabama, Case Number CV-2006-352. I have personal knowledge of the facts and matters stated herein.

In connection with my representation of Green Tree in this case, I drafted and faxed to counsel for the Plaintiffs the attached letter (see **Exhibit A** hereto) requesting that the Plaintiffs stipulate by November 10, 2006 that the amount in controversy was less than $75,000. As of November 14, 2006, no written response has been received.

On November 13, 2006 and again on November 14, 2006, I spoke with Andy Nelms, counsel for the Plaintiffs, and informed him of my letter and requested that the Plaintiffs stipulate that the amount in controversy was less than $75,000. Mr. Nelms refused to enter into such a stipulation."

_____
R. AUSTIN HUFFAKER, JR.

Sworn to and subscribed before me on this the 14th day of November 2006.

_____
Notary Public
My Commission Expires: 10-11-06
(SEAL)

EXHIBIT C
Blumberg No. 5118

1

```
***********************************************************************
*                        TRANSACTION REPORT                            *
*                                                    NOV-06-2006 MON 10:11 AM *
*                                                                      *
*   FOR:                                                               *
*-------------------------------------------------------------------   *
*   SEND                                                               *
*   DATE  START    RECEIVER      TX TIME  PAGES TYPE    NOTE      M#  DP*
*-------------------------------------------------------------------   *
*   NOV-06 10:11 AM 8324390        24"      2  FAX TX    OK        791  *
*-------------------------------------------------------------------   *
*                                  TOTAL :    24S   PAGES:  2          *
***********************************************************************
```

## RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Telecopier Number: (334) 481-0815

Telephone Number: (334) 206-3100

November 6, 2006

FROM: R. Austin Huffaker, Jr.

TO: Andy Nelms, Esq.

TELEFAX NUMBER: 832-4390

NUMBER OF PAGES: 2

RE: Brenda Spurlock, et al. v. Green Tree-AL LLC, et al.

MESSAGE: See attached

NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communications in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT
A
Blumberg No. 5118

# RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Telecopier Number: (334) 481-0815

Telephone Number: (334) 206-3100

November 6, 2006

FROM: R. Austin Huffaker, Jr.

TO: Andy Nelms, Esq.

TELEFAX NUMBER: 832-4390

NUMBER OF PAGES: 2

RE: Brenda Spurlock, et al. v. Green Tree-AL LLC, et al.

**MESSAGE:** See attached

NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communications in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

LAW OFFICES

# RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION
184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104
Mailing Address:
P. O. Box 270
ZIP 36101
Telephone: (334) 206-3100
Facsimile: (334) 481-0815
E-Mail Address: RAH2@RSJG.COM
Writer's Direct Telephone: 334/206-3126

R. AUSTIN HUFFAKER, JR.

November 5, 2006

**VIA FACSIMILE**

Andy Nelms
LAW OFFICES OF JAY LEWIS LLC
847 S. McDonough Street
Montgomery, AL 36104

    **Re:**   **Brenda Spurlock, et al.**
             **v. Green Tree-AL LLC, et al.**
             Circuit Court of Russell County, Alabama
             Case Number CV-06-352

Dear Andy:

    I have been retained to represent Green Tree in this matter. Please confirm for me your agreement to the following so that there is no need to remove this case to federal court:

    (1)     The total amount in controversy is less than $75,000, inclusive of costs and interest;

    (2)     You and your clients will not (and do not) claim, seek or request damages in excess of $74,999.99, exclusive of costs and interest, under any circumstances;

    (3)     As for any judgment in excess of $74,999.99, exclusive of costs and interest, you and your clients agree and consent to a remittitur of the judgment to $74,999.99, exclusive of costs and interest; and

    (4)     You and your clients agree not to collect any judgment in excess of $74,999.99, exclusive of costs and interest.

    You can signify your agreement to these terms by signing below. Please sign and fax this letter back to me at the above fax number by this Friday, November 10, 2006.

                                Very truly yours,

                                R. Austin Huffaker, Jr.

---

By signing above, I, on behalf of my
clients, agree to the representations and terms
set forth above.
ANDY NELMS
Attorney for the Plaintiffs

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| BRENDA and JOHN SPURLOCK, | § | |
| | § | |
| Plaintiffs, | § | |
| vs. | § | Case Number CV-2006-352 |
| | § | |
| GREEN TREE-AL LLC, et al., | § | |
| | § | |
| Defendants. | § | |

TO:   Kathy S. Coulter
      Circuit Clerk for Russell County
      P.O. Box 518
      Phenix City, AL 36868-0518

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Green Tree-AL LLC has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, a copy of which is attached hereto as **Exhibit A**.

_____
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorney for Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3126 Telephone
(334) 481-0815 Facsimile


EXHIBIT D

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 15th day of November, 2006:

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

_____
OF COUNSEL