## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

RECEIVED

BRENDA and JOHN SPURLOCK, *

*

    Plaintiffs,     *

*

v.     *

*

GREEN TREE-AL LLC, et al.,     *

*

    Defendants.     *

2006 NOV 15 P 3: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case Number: 3:06CV1026-MEF

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Green Tree-AL LLC certifies that Green Tree Investment Holdings LLC is its parent company and that no publicly held corporation owns more than ten percent of Green Tree-AL LLC.

Respectfully submitted this __15th__ day of November, 2006.

_____

R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail: RAH2@rsjg.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 15th day of November, 2006:

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

_____
OF COUNSEL