IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRENDA SPURLOCK, *et al.,* | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )    CASE NO. 3:06-cv-1026-MEF |
| | ) |
| GREEN TREE-AL, LLC, | ) |
| | ) |
|     Defendant. | ) |

# **O R D E R**

Upon consideration of the defendants' Motion to Compel Arbitration (Doc. #3) filed on November 15, 2006, it is hereby ORDERED that:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before December 5, 2006.

2. The defendant may file a reply brief on or before December 12, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 22nd day of November, 2006.

                                                                                       /s/ Mark E. Fuller
                                                    CHIEF UNITED STATES DISTRICT JUDGE