**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRENDA and JOHN SPURLOCK,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case No 3:06-cv-1026-MEF** |
| | * | |
| **GREEN TREE-AL LLC,** | * | |
| | * | |
| **Defendant.** | * | |

### REPLY OF GREEN TREE-AL LLC

COMES NOW Green Tree-AL LLC ("Green Tree"), and hereby files the following in support of its Motion to Compel Arbitration (Doc. No. 3):

1.    On November 15, 2006, Green Tree filed its Motion to Compel Arbitration (Doc. No. 3) in which it sought, among others, an order compelling the Plaintiffs' claims to arbitration.

2.    On November 22, 2006, this Court issued a briefing order (Doc. No. 5) requiring the Plaintiffs to "file a response which shall include a brief and any evidentiary materials on or before December 5, 2006."

3.    As of the time and date of this Reply, no response has been filed by the Plaintiffs.

4.    The Plaintiffs' failure to file a response or to comply with the Court's

November 22, 2006 order constitutes the Plaintiffs' admission that Green Tree's

Motion to Compel Arbitration is due to be granted.

WHEREFORE, Green Tree-AL LLC requests that its Motion to Compel

Arbitration (Doc. No. 3) be granted.

Respectfully submitted this  11th  day of December, 2006.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office  Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
E-mail:  RAH2@rsjg.com

## CERTIFICATE OF SERVICE

I certify that on the 11th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

/s/ Austin Huffaker
OF COUNSEL