IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BRENDA and JOHN SPURLOCK,** | \* |
| | \* |
|    **Plaintiffs,** | \* |
| | \* |
| v. | \*   Case No 3:06-cv-1026-MEF |
| | \* |
| **GREEN TREE-AL LLC,** | \* |
| | \* |
|    **Defendant.** | \* |

## STATUS REPORT

**COMES NOW** the undersigned counsel for Green Tree-AL LLC ("Green Tree"), with consent of counsel for the Plaintiffs, and pursuant to the Court's Order requiring the parties to submit a status report concerning this matter, states as follows:

1. The parties have agreed to the Honorable William R. Gordon, retired judge, as the arbitrator. The parties are in the process of contacting Judge Gordon concerning his service as the arbitrator.

2. The parties currently expect this matter to be arbitrated sometime in the next three to five months.

Respectfully submitted this the 5th day of March, 2007.

                                            /s/ Austin Huffaker
                                            R. AUSTIN HUFFAKER, JR. (HUF006)
                                            Attorney for Green Tree-AL LLC

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3100 Telephone
(334) 262-6277 Facsimile

## CERTIFICATE OF SERVICE

    I certify that on the 5th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Andy Nelms
    LAW OFFICES OF JAY LEWIS
    847 S. McDonough Street
    Montgomery, AL 36104

                              /s/ Austin Huffaker
                              OF COUNSEL