IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **BRENDA and JOHN SPURLOCK,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No 3:06-cv-1026-MEF |
| | * | |
| **GREEN TREE-AL LLC,** | * | |
| | * | |
| Defendant. | * | |

## STATUS REPORT

**COMES NOW** the undersigned counsel for Green Tree-AL LLC ("Green Tree"), with consent of counsel for the Plaintiffs, and pursuant to the Court's Order requiring the parties to submit a status report concerning this matter, states as follows:

1. This matter has been scheduled for arbitration on September 26, 2007 in Montgomery, Alabama before the Honorable William Gordon.

Respectfully submitted this the 1st day of May, 2007.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorney for Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3126 Telephone
(334) 481-0815 Facsimile

## **CERTIFICATE OF SERVICE**

  I certify that on the 1st day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

                /s/ Austin Huffaker
                OF COUNSEL