## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRENDA and JOHN SPURLOCK,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No 3:06-cv-1026-MEF |
| | * | |
| **GREEN TREE-AL LLC,** | * | |
| | * | |
| Defendant. | * | |

## STATUS REPORT

**COMES NOW** the undersigned counsel for Green Tree-AL LLC ("Green Tree"), with consent of counsel for the Plaintiffs, and pursuant to the Court's Order requiring the parties to submit a status report concerning this matter, states as follows:

1.   This matter has been scheduled for arbitration on September 26, 2007 in Montgomery, Alabama before the Honorable William Gordon. The parties are continuing to prepare for the arbitration.

Respectfully submitted this the 1st day of June, 2007.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorney for Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3126 Telephone

1

(334) 481-0815 Facsimile

## CERTIFICATE OF SERVICE

I certify that on the 1st day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

/s/ Austin Huffaker
OF COUNSEL