IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **BRENDA and JOHN SPURLOCK,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No 3:06-cv-1026-MEF |
| | * | |
| **GREEN TREE-AL LLC,** | * | |
| | * | |
| Defendant. | * | |

## MOTION TO CONFIRM ARBITRATOR'S DECISION

COMES NOW the Defendant, Green Tree-AL LLC ("Green Tree"), and hereby petitions this Court for the entry of an order confirming the Arbitrator's Decision (**Exhibit A** hereto) issued by the Arbitrator on September 21, 2007. As grounds, Green Tree states as follows:

1. Pursuant to 9 U.S.C. § 9, state and federal courts are vested with jurisdiction to confirm an arbitration award. See, e.g., Washington Mutual Bank v. Century Mortgage Corp., 2007 U.S. Dist. LEXIS 882 (N.D. Ga. 2007). Section 9 also provides that a court must grant any request for entry of an order confirming the award.

2. Pursuant to this Court's Order, this matter was compelled to arbitration. The parties subsequently agreed to the Honorable William R. Gordon as the arbitrator.

3. In preparation for the arbitration, the parties agreed to exchange limited discovery. After several attempts to obtain responses to its limited discovery, Green Tree ultimately sought, and obtained, an order from the Arbitrator compelling discovery responses. After the Plaintiffs failed to comply with the Arbitrator's order, Green Tree sought another order compelling discovery responses. After the Plaintiffs still failed to comply, the Arbitrator issued the attached order dismissing the Plaintiffs' claims.

1

WHEREFORE Green Tree requests the Court to enter an order confirming the Arbitrator's decision in total and dismissing this action against Green Tree, with prejudice.

Respectfully submitted, this the 25th day of September, 2007.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (HUF006)
Attorney for Green Tree-AL LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3126 Telephone
(334) 481-0815 Facsimile

## CERTIFICATE OF SERVICE

I certify that on the 25 day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy Nelms
LAW OFFICES OF JAY LEWIS
847 S. McDonough Street
Montgomery, AL 36104

/s/ Austin Huffaker
OF COUNSEL

BEFORE THE ARBITRATOR

Re: The Arbitration Between:

Brenda and John Spurlock (Claimants)

-and-

Green Tree-AL, LLC (Respondent)

Circuit Court of Russell County, Alabama
Case No. CV-06-352

ORDER DISMISSING CLAIM

Respondent's renewed motion to dismiss is filed with the Arbitrator.

On September 14, 2007, the Claimants filed further responses to Respondent's discovery requests; however, the responses only arguably respond to interrogatories 3, 6, 8 and 10. The Claimants have not responded to Respondent's request for production of documents

Based on Claimants refusal to comply with the orders dated August 14, 2007, and September 10, 2007, it is Ordered that the Claimants' claims are dismissed.

The fees of the Arbitrator in the amount of Three Hundred Six Dollars and Six Cents ($306.06) will be paid by Green Tree-AL, LLC, within 30 days from the date of this order

Arbitrator: *William R. Gordon*     Date: September 21, 2007
           William R. Gordon

CC: Andy Nelms, Esq.
    R Austin Huffaker, Jr., Esq.

DEFENDANT'S EXHIBIT A