IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRENDA SPURLOCK, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-1026-MEF |
| ) | |
| GREEN TREE-AL, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the stay of this case imposed on December 22, 2006 is lifted and the parties are relieved of the obligation to file monthly status reports.

DONE this 26th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE