IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRENDA SPURLOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-1026-MEF |
| ) | |
| GREEN TREE-AL, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Confirm Arbitrator's Decision (Doc. #15) filed on September 25, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before October 6, 2007 as to why the motion should not be granted.

DONE this 26th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE